UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR ZAGRUZNY,<br><br>Plaintiff,<br><br>v.<br><br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO : 2:19-cv-01096-MRW<br><br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>Honorable Michael R. Wilner |

-2-

# ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 4, 2022

_____
HONORABLE MICHAEL R. WILNER